## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR359** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **MARTIN SANTIAGO-ROBLES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on the Defendant's motion (Filing No. 42) for an order to seal the document filed as Filing No. 43.

IT IS ORDERED:

1. The Defendant's motion (Filing No. 42) for an order to seal the document filed as Filing No. 43 is granted;

2. The document at Filing No. 43 shall be sealed; and

3. **The government shall respond to the motion on or before May 8, 2006**.

DATED this 4th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge